UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:16-CR-113 |
| | ) |
| TREVON BARCUS | ) |

## SENTENCING MEMORANDUM

Trevon Barcus, by counsel, files this sentencing memorandum. The Revised Presentence Investigation Report (Doc. 46, hereafter RPSR) calculates an advisory guideline range of 21 to 27 months based on a total offense level of 10 and a criminal history category of V. As of the date of Mr. Barcus' sentencing hearing he will have served approximately 24 months. Mr. Barcus would request a sentence of time served and submits that such a sentence would be sufficient but not greater than necessary to achieve the purposes set forth in §18 U.S.C. 3553(a).

Mr. Barcus would rely on the same statements from his previously filed sentencing memorandum to address the 3553(a) factors that would support a time served sentence. (Doc. 32). In addition, Mr. Barcus would request that his probation be transferred to Florida so he can work and live with his father. As the court is aware Mr. Barcus ' homelessness contributed greatly to his current situation.

Mr. Barcus would respectfully request a sentence of time served. A sentence of time served would be sufficient but not greater than necessary to comply with the purposes set forth in §18 U.S.C. 3553(a).

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.

BY: s/*Benjamin G. Sharp*

Benjamin G. Sharp
VSB No. 47398
Federal Defender Services
800 S. Gay St.
Suite 2400
Knoxville, TN 37929

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, a copy of the foregoing Motion to Continue was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/*Benjamin G. Sharp*

–2–