UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:16-cr-113-1                                    Date: October 3, 2018

United States of America    vs.    Trevon Barcus

**PROCEEDINGS: Sentencing**. Neither party had any objections to the Presentence Investigative Report.

---

HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE PRESIDING

---

| Jason Huffaker | Terri Grandchamp | Tara Wood |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| William A. Roach | | Benjamin G. Sharp |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

■ Allocution given by defendant
☐ Government's Motion for Acceptance of Responsibility    ☐ granted    ☐ denied
☐ Government's Motion    ☐ granted    ☐ denied
☐ Defendant's Motion for Variance    ☐ granted    ☐ denied
■ **JUDGMENT OF THE COURT:**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served. This sentence shall be served concurrently with any sentence imposed in docket number -unknown- in the General Sessions Court for Scott County, Tennessee. Additionally, this sentence shall be served concurrently to any sentence imposed in docket number 2016CR679 in the General Sessions Court for Scott County, Tennessee. This Order shall take effect within five (5) days from its entry to give the Bureau of Prisons adequate time to process the defendant's release. Upon release from imprisonment, the defendant shall be on supervised release for the term of 5 years. The defendant shall not commit another federal, state, or local crime; shall comply with standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess a firearm, any ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. No fine imposed. The defendant shall comply with the special conditions (14) set forth in the J&C.

☐ **COURT RECOMMENDATIONS:**

■ Special assessment: $100.00
☐ Defendant to remain on bond pending designation
☐ Defendant remanded to custody

10:30 – 10:50