# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE,
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No 3:16-CR-113-001 |
| | ) |
| TREVON BARCUS | ) JUDGE |
| | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Trevon Barcus, and the defendant admits that he has violated his supervised release as alleged in the Petition. An agreement has been reached between the parties, recommending that Mr. Barcus's probation should be revoked, and that he should receive a sentence of twenty-one (21) months incarceration, with no supervised release to follow.

Mr. Barcus agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is V. The advisory guideline range is 18-24 months for Grade B violations and there is a statutory maximum of twenty-four (24) months imprisonment. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is

sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

**IT IS HEREBY ORDERED**, therefore, that the defendant's probation is revoked. The defendant is hereby sentenced to a sentence of twenty-one (21) months imprisonment with no supervised release to follow. It is further recommended that Mr. Barcus continue to be held in Knox County, as he anticipates a retrial in his Knox County case.

Entered, this 27th day of May, 2020.

*[signature: Pamela L. Reeves]*
Hon.
United States District Judge

APPROVED FOR ENTRY:

*/s Trevon Barcus*
Trevon Barcus
Defendant

*/s Mary Kincaid*
Mary Kincaid
Attorney for Defendant

2

_William A. Roach_ (signature)

William Roach
Assistant U.S. Attorney

_Rhonda Monger-Lay_ (signature)

Rhonda Lay
U.S. Probation Officer